**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **United States of America,** | |
| **Plaintiff,** | |
| **v.** | **No. 26-cr-00559-1** |
| **Annette Johnson,** | Judge Rebecca R. Pallmeyer |
| **Defendant.** | |

## ORDER

In-person initial appearance and arraignment held. Defendant appears in response to the Indictment filed on 10/27/2026. Attorney Todd Pugh appears on behalf of the Defendant. Attorney Edward Liva appears on behalf of the government. A representative from Pretrial Services is present. Defendant is informed of her rights, the charges in the Indictment, and the maximum penalties provided by law. Defendant waives formal reading and enters a plea of not guilty as all counts of the Indictment. Local Rule 16.1 conference and disclosures to be completed by 12/28/2026. An in-person status is set for 1/14/2027 at 10:00 a.m. in Courtroom 2503, at which time the court will set a schedule for motion practice and a trial date. Without objection, time is excluded from 11/9/2026 to 1/14/2027 in the interest of justice, to allow the government to produce discovery, and for defense counsel to review discovery with defendant, pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A)(B). Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the court orally admonished the parties and confirmed the government's obligation to disclose favorable evidence to the accused under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny. The parties having agreed to release conditions, the Defendant is released on conditions stated in open court. Order Setting Conditions of Release and Appearance Bond to issue separately.

ENTER:

00:10

Date: November 9, 2026

REBECCA R. PALLMEYER
United States District Judge